SUNITA KAPOOR, LL.M. (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile:  (925) 831-1059

Attorney for Defendants
Mission Petroleum, Inc.,
Hakam Singh Misson and
Simrat Kaur Misson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Phillips 66 Company, as Successor in Interest to ConoccoPhillips Company, a Delaware corporation,<br><br>           Plaintiff,<br><br>           vs.<br><br>Mission Petroleum, Inc., a California corporation, Hakam Singh Misson, an individual and Simrat Kaur Misson, an individual, and Does 1-10, inclusive,<br><br>           Defendants, | Case No. CV13-00826-SBA<br><br>**STIPULATION RE: CONSENT TO PARTICIPATE IN AN EARLY SETTLEMENT CONFERENCE AND EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINT; ORDER THEREON** |

**RECITALS**

On February 25, 2013, Defendants Mission Petroleum, Inc., Hakam Singh Misson and Simrat Kaur Misson ("Defendants") removed this case to this Court.  On March 18, 2013, Plaintiff Phillips 66 Company and Defendants (the "Parties") further met and conferred, by and through counsel of record, over the telephone in accordance with Federal Rule of Civil Procedure 26, Civil Local Rule 16-9 and this Court's Standing Order.  The Parties had previously met and conferred with respect to continuing time to file responsive pleadings to Plaintiffs Complaint. The Parties have now discussed the ADR Process selection and jointly decided that this case might benefit from an early settlement conference before a United States

Magistrate Judge for the Northern District of California. The Parties further agreed that it would be in their best interest to minimize motion practice and litigation costs in this matter pending the conclusion of the early settlement conference.  Accordingly, the Parties have reached the following agreement.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants, by and through their counsel of record, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The parties agree to participate in an early settlement conference before a Magistrate Judge and respectfully request that this Court refer them to a settlement conference as soon as possible.

2. Plaintiffs shall have up to and including April 5, 2013, to file their responses to Plaintiffs Complaint.

**IT IS SO STIPULATED AND AGREED.**

Dated:  March 25, 2013                                LAW OFFICES OF DAWN CEIZLER

By: _____/s/_____
                Dawn Ceizler
*Attorney for Plaintiff Phillips 66 Company*

Dated:  March 25, 2013                                THE LAW OFFICES OF SUNITA KAPOOR

By: _____/s/_____
                Sunita Kapoor
*Attorney for Defendants Mission Petroleum, Inc., Hakam Singh Misson and Simrat Kaur Misson*

**ORDER**

The foregoing Stipulation is approved. Defendants shall have up to and including April 5, 2013, to file responsive pleadings to Plaintiffs' Complaint and the Court will refer this matter to an early settlement conference before a Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 3/29/13_____     _____
                                    Judge Saundra Brown Armstrong